**13-CV-00637-CMP**

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

**APR 0 9 2013**        RE

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA *ex rel.* TONY MYHRE, an individual,

Plaintiff,

vs.

SECURITAS SECURITY SERVICES USA, INC., a Delaware Corporation.

Defendant.

No. **C13-0637** JLR

QUI TAM COMPLAINT FOR VIOLATION OF THE FEDERAL FALSE CLAIMS ACT AND FOR RETALITORY DISCHARGE

DEMAND FOR JURY TRIAL

**FILED UNDER SEAL
DO NOT PLACE IN PRESS BOX
DO NOT ENTER INTO PACER**

**FILED *IN CAMERA* AND SEALED
PER 31 USC § 3730 (b)(2)**

COMPLAINT - 1

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620


**ORIGINAL**

COMES NOW the United States of America, by and through *qui tam* Relator, Tony Myhre, represented by SEATTLE WHISTLEBLOWER ATTORNEYS Mark Walters of the WALTERS LAW FIRM PLLC and Daniel DeLue of FERRING & DELUE, LLP, and for his causes of action against defendant, Securitas Security Services USA, Inc. ("Securitas"), states and alleges as follows:

## I.      INTRODUCTION

1.      *Qui tam* Relator, Tony Myhre, brings this action on behalf of the United States of America and himself to recover damages and penalties from Securitas under the False Claims Act.

2.      Securitas is a U.S. corporation and subsidiary to Securitas AB, a Swedish company, that provides private security across the world. Securitas AB has approximately 300,000 employees across several continents.

3.      Securitas has over 650 branch managers and more than 90,000 security officers in the United States.  Securitas USA's core business is security services. Its main services include specialized guarding, mobile security services, monitoring, consulting and investigations. (See http://www.securitas.com/us/en/About-Securitas/).

4.      With respect to this Complaint, Securitas provides security and fare enforcement services to the Central Puget Sound Regional Transit Authority ("Sound Transit"). Securitas is

COMPLAINT - 2

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

contracted to provide uniformed trained security guards and personnel to guard and protect the public and the Sound Transit infrastructure and to ensure the payment of fares. Securitas invoices Sound Transit government agencies monthly for providing qualified trained security guards and personnel; the training is a material requirement of the contract.

5.      Securitas hired Mr. Myhre as a Project Manager and directed him to conduct an audit of Securitas' performance and billing under the contract, including training provided and billed to Sound Transit. A true and correct copy of a version of this audit is attached as **Exhibit 1**. Mr. Myhre's audit revealed that Securitas had been billing Sound Transit for untrained and undertrained security guards and personnel in violation of the contract requirements.

6.      Mr. Myhre was terminated for his audit conclusions and his recommendations to bring Securitas into compliance, and for his refusal to dilute his conclusions and recommendations to the satisfaction of Securitas.

7.      The training of the personnel and security guards was a material term of the contract:

> **3.5 (F). Training.** The Contractor is to develop a comprehensive training package that meets at least the minimum requirements set forth below. Training outlines for required training must be approved by the Chief Security Officer prior to instruction. All training must be tested and the records of the results by [sic] made available for Sound Transit's inspection and auditing. Contractor shall provide, at the Contractor's expense, all training required under this contract, and shall provide documentation of training for each individual before being assigned to the Sound Transit Account.

COMPLAINT - 3

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

**Exhibit 2**, Contract, page 51.  Moreover, the labor rates being billed by Securitas was to include the cost of training:

**2.10   COMPENSATION:**

D. Contract billing rate is all-inclusive and Sound Transit shall not pay for any additional invoiced costs. **The billing rate shall include all costs necessary to perform the services, including such costs as training**, background checks, materials, supplies, administration, and any other costs.

*See* **Exhibit 2**, Contract, pages 8-9. (Bold emphasis added).

8.       "[A] contractor who knowingly fails to perform a material requirement of its contract...yet seeks or receives payment as if it had fully performed without disclosing the non-performance, has presented a false claim to the Government and may be liable therefore." *United States ex rel. Pickens v. Kanawha River Towing, Inc.*, 916 F. Supp. 702, 707 (S.D. Ohio 1996), *aff'd on other grounds*, 194 F.3d 1314 (6th Cir. 1999); *United States ex rel. Fallon v. Accudyne Corp.*, 921 F. Supp. 611 627 (W.D. Wis. 1995). *See also United States v. TDC Mgmt. Corp.*, 24 F.3d 292, 296 (D.C. Cir. 1994) (liability could attach as a matter of law under the False Claims Act as a result of the failure to disclose material noncompliance) and *Imperial Meat v. United States*, 316 F.2d 435 (10th Cir. 1963) (finding contractor criminally liable for providing inferior grade of meat notwithstanding that its invoice made no representation concerning the grade of meat). A demand for payment by a Government contractor constitutes an implicit representation that the contractor complied with the requirements of the Government contract. *Pickens*, 916 F.

COMPLAINT - 4

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

Supp. At 707; *Fallon*, 921 F.Supp. at 627; *but see United States ex rel. Joslin v. Community Home Health*, 984 F. Supp. 374, 375-378 (D. Md. 1997).

9.      Securitas submitted monthly false claims for untrained and undertrained security guards and personnel when it was a material requirement of the contract that all guards and personnel be trained to the contractual training standards.  Securitas also failed to timely audit the accounts beginning in 2008.

10.      In making the false claims for compensation for undertrained and untrained guards and personnel as if they had been trained, Securitas also made "implied false claims" and such violations of the False Claims Act are actionable in order to protect the public coffers from some of the most outrageous and intentional false billing schemes. For the purposes of the False Claims Act, an implied representation on an invoice that work has been completed pursuant to the contract requirements may constitute a false claim for payment. *United States ex el. Augustine v. Century Health Services, Inc.*, 289 F.3d 409 (6th Cir. 2002); *BMY-Combat Systems Division of HARSCO Corp. v. United States*, 38 Fed. Cl. 109, 124 (Cl. Ct. 1997), *citing Ab-Tech Constr., Inc. v. United States*, 31 Fed. Cl. 429, 433-34 (1994), *aff'd*, 5 F.3d. 1084 (Fed. Cir. 1995); *Daff v. United States*, 31 Fed. Cl. 682, 695 (1994), *aff'd*, 8 F.3d 1566 (Fed. Cir. 1996).

## II.      PARTIES

COMPLAINT - 5

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

11.     Plaintiff Tony Myhre is a married man. Mr. Myhre is a resident of the state of Washington.

12.     A non-party, but relevant entity, is The Central Puget Sound Regional Transit Authority (commonly known as Sound Transit) because Sound Transit entered into a contract with Securitas. Sound Transit provides mass transit services to the public throughout the urban and suburban areas of the greater metropolitan centers of Tacoma, Seattle, and Everett through rapid transit buses, Central Link Light Rail, Tacoma Link, Light Rail, and Sounder commuter trains. Sound Transit receives significant federal funds.

13.     Defendant Securitas Security Services USA, Inc. ("Securitas") is a United States corporation organized under the laws of Delaware and does business in the state of Washington. An organizational chart of Securitas and Puget Sound Transit is attached hereto as **Exhibit 3**.

14.     The Washington Registered Agent for Securitas is National Registered Agents, Inc., 1780 Barnes Blvd., Tumwater, Washington 98512.

### III.     JURISDICTION AND VENUE

15.     These claims arise under the False Claims Act, 31 U.S.C. §§ 3729-3732 *et seq.* and common law.

16.     The Court has jurisdiction under § 31 U.S.C. 3732(a) and 28 U.S.C. §§ 1331 *et seq.*, as the case arises under the laws of the United States.

COMPLAINT - 6

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

17.     There was not, prior to the filing of the original Complaint, any "public disclosure," as that term is defined in the False Claims Act, 31 U.S.C. § 3730(e)(4)(A), on any of the allegations or transactions upon which this action is based.

18.     Relator has direct and independent knowledge and information of the allegations set out in this Complaint. Prior to filing this action, Relator voluntarily provided all such information, together with supporting documentation, to the United States. Relator is the "original source" as the term is used in the False Claims Act, 31 U.S.C. § 3730(e)(4)(B).

19.     Venue is proper in the United States District Court for the Western District of Washington at Seattle pursuant to 28 U.S.C. §1391(b) and (c) and 31 U.S.C. §3732 (a) because Securitas conducts business in Washington. The events or omissions giving rise to the Plaintiff's claims occurred in this District and Securitas, and Sound Transit resides and conducts business in this District.

20.     Sound Transit transacts business in this District and acts proscribed by 31 U.S.C. §3729 occurred in this District.

## IV.     FACTS

### A.          Sound Transit Funding-Federal Taxpayer Dollars

21.     Sound Transit is funded by four tax sources, three of which are State: (1) Sales and use tax of 0.9% (increased from 0.4% by Proposition 1, effective April 1, 2009); (2) Motor

COMPLAINT - 7

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

vehicle excise tax (MVET) of 0.3%; and (3) Rental car tax of 0.8%. These three sources are projected to generate about $12.6 billion during the period of 2009-2023. The fourth source of funding is United States taxpayers through federal grant funding.

22.    Sound Transit will receive about $3.16 billion in federal grant funds from 2009 through 2023. Approximately $1.9 billion will be from three discretionary grants from the Federal Transit Administration (FTA). These include an existing $500 million Full Funding Grant Agreement (FFGA) for the Initial Segment/Airport Link segment of the Light Rail, an existing $813 million FFGA for the University Link segment of the Light Rail, and an assumed $600 million FFGA for a project in Sound Transit. The remainder of federal taxpayer dollars comes from FTA formula grants and other competitive grant programs. See **Exhibit 4**: http://www.soundtransit.org/Documents/pdf/about/financial/2010/2010_Financial_Plan_4-8-2010.pdf.

23.    The Sound Transit-Securitas contract clarifies that Securitas will be paid with United States federal taxpayer dollars:

### 2.39 APPLICABIITY OF FEDERAL GRANT CONTRACT

A. This procurement may be subject to one or more financial assistance contracts between Sound Transit and the U.S. Department of Transportation, which incorporate the current FTA Master Agreement and Circular 4220.1 E as amended. U.S. Department of Transportations' level of financial assistance may be between zero and eighty percent (0-80%). The Consultant is requirement

COMPLAINT - 8

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

comply with all terms and conditions prescribed for third party contracts in these documents.

B. Federal laws, regulations, policies and administrative practices may be modified or codified after the date this Agreement is established and may apply to this Agreement. To assure compliance with changing federal requirements, Contract Award indicates that the Consultant agrees to accept all changed requirements that apply to this Agreement.

**Exhibit 2**, Contract, pages 31-32.

**B.**        **Contract: Securitas and Sound Transit**

24.    Securitas has worked closely with Sound Transit and area law enforcement since 2005 to provide security. Approximately 100 uniformed Securitas officers currently patrol train and bus facilities on foot and in vehicles, monitor transit station activity, and perform a range of customer service and administrative services. See http://www.securitas.com/us/en/Customer-Segments/Public-Transportation/Commuting-in-Seattle/ *See* **Exhibit 5.**

25.    Securitas won the public bid process to be a security firm providing security to Sound Transit. The bid was presented on April 28, 2008. *See* **Exhibit 6.**

26.    Securitas entered a contract with Sound Transit (the "Contract") on June 27, 2008 to be one of many security providers for Sound Transit. *See* **Exhibit 2.**

27.    The Contract specified that the Securitas billing rate would include the cost of training:

        **2.10    COMPENSATION:**

COMPLAINT - 9

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

D. Contract billing rate is all-inclusive and Sound Transit shall not pay for any additional invoiced costs. **The billing rate shall include all costs necessary to perform the services, including such costs as training,** background checks, materials, supplies, administration, and any other costs.

*See* **Exhibit 2,** Contract, pages 8-9. (Bold emphasis added). The specific training under the Contract pertained to basic, advanced and supervisory roles, and each designation justified a different billing rate. The vast majority of training was to be performed prior to Securitas placing the guards in the field.

28.     Section 3.5 of the Contract covered "Skills and Qualifications (Amended)" and indicated there would be both comprehensive training and record-keeping of such training for audit purposes:

**F. Training**
The Contractor is to develop a comprehensive training package that meets at least the minimum requirements set forth below. Training outlines for required training must be approved by the Chief Security Officer prior to instruction. All training must be tested and the records of results by made available for Sound Transit's inspection and auditing. Contractor shall provide, at the Contractor's expense; all training required under this contract, and shall provide documentation of training for each individual before being assigned to the Sound Transit Account.

Prior to Assignment all personnel assigned to the Sound Transit Account must have a current First Aid; CPR and AED certification. The Contractor will be responsible to ensure and coordinate refresher training as necessary.

The training requirement schedule shall be amended due to the accelerated contract commencement schedule; the Contractor shall not be required to complete all preassignment training prior with the exception of, current First Aid; CPR and AED

COMPLAINT - 10

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

certification, to the RFP specified date of September 1. 2008. Every effort shall be made by the Contractor to complete all required training at the earliest possible date.

....

**Basic Security Officer Training -40 hours**

1. Nature and Role of Private Security Officers

    a. Security Awareness

        (1) Private Security Officers and the Criminal Justice System

        (2) Information Sharing

        (3) Crime and Loss Prevention

    b. Legal Aspects of Private Security

        (1) Evidence and Evidence Handling

        (2) Use of Force and Force Continuum

        (3) Court Testimony

        (4) Incident Scene Preservation

        (5) Equal Employment Opportunity (EEO) and Diversity

        (6) State and Local Laws

    c. Security Officer Conduct

        (1) Ethics

        (2) Honesty

        (3) Professional Image

COMPLAINT - 11

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DeLUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

2. Observation and Incident Reporting

    a. Observation Techniques

    b. Note Taking

    c. Report Writing

    d. Patrol Techniques

3. Principles of Communications

    e. Interpersonal Skills

    f. Verbal Communications Skills

    g. Customer Service and Public Relations

    h. Conflict Resolution Awareness

4. Principles of Access Control

    i. Ingress and Egress Control

    j. Electronic Security Systems

5. Principles of Safeguarding Information

    k. Proprietary and Confidential

6. Emergency Response Procedures

    l. Critical Incident Response

    m. Evacuation Processes

7. Life Safety Awareness

    n. Safety Hazards in the Workplace/Surroundings

    o. Fire Prevention

COMPLAINT - 12

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

p. Hazardous Materials Safety

q. Occupational Safety and Health Requirements

**Advanced Security Officer Training -40 Hours**

1. Sound Transit Orientation and Policies -2 hours

    a. Overview of Sound Transit

    b. General Orders for Security Officer

    c. Drug and Alcohol Policy

    d. Media Relations

    e. Smoking and Photography Policies

2. Unlawful Bus (Transit) Conduct RCW 9.91.025 Orientation -1 hour

3. Job Assignments; Post Locations; and Post Orders Overview-8 hours

4. Railroad Safety

    a. 49 CFR 239 Training -2 hours

    b. BNSF Safety Course -2 hours

    c. Fire Extinguisher Course -1 hour

5. Defensive Driving Training -8 hours

6. Traffic Control and Parking Lot Security -4 hours

7. Sound Transit Security Incident Reporting -2 Hours

8. NIMS /ICS -IS800 Course -2 hours

9. Terrorism Awareness Training -8 hours

10. National Transit Institute System Security Awareness for Transit Employees

COMPLAINT - 13

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

a. Suspicious Incident Recognition and Reporting

b. Event Response Awareness

Note: Those individual assigned to a Bike Patrol must complete the approved LEBA or IPMBA Security Patrol Bike Course prior to assignment.

**First Week Assignment OJT**
Upon Completion of the Basic and Advanced Security Officer Training the Contractor will provide 32 hours of On-the-job Training specific to that individual assignment.
1. First Day -8 hours

a. General Orders and Expected Conduct Review

b. Post Order in-depth review

c. Security Sweeps

d. Facilities Maintenance Procedures

e. Shadow Trainer (Right Seat)

2. Second Day -8 hours

a. Shadow Trainer (Right Seat)

3. Third Day -8 hours

b. OJT -Trainer Shadowing (Left Seat)

4. Fourth Day -8 hours

a. OJT -Trainer Shadowing (Left Seat)

b. Shift Supervisor review

**Supervisor Training**

COMPLAINT - 14

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

Supervisors must have completed the Basic and Advance Security Officer. In addition prior to assignment as a supervisor the assigned individual must undergo 8 hours of training covering:

1.  The Role of a Supervisor

2.  Standards of Conduct

3.  Uniform and Grooming Standards for all Officers

Within 60 days of assignment as a Supervisor; the assigned individual must undergo a minimum of 32 hours of training covering:

1.  Coaching and Counseling

2.  Managing Employee Safety

3.  Managing Performance

29.     Securitas provided services to Sound Transit in 2008, 2009, 2010 and 2011 and was contractually subject to the training, record keeping and audit requirements.  No audits were performed in those years as required under Paragraph 3.7 of the Contract.  Securitas made no efforts to achieve the training required under the Contract, yet continued to bill out at rates that included the costs of training.

30.     Securitas' services were expanded after uniformed guards for another one of Sound Transit's security guard contractors, Olympic Security Services of Tukwila, were captured on surveillance video watching as a 15-year-old girl was beaten and robbed by a group of teens in Seattle's downtown transit tunnel. The Olympic Security Services' guards were following standing orders to "observe and report," and King County Sheriff officials agreed with

COMPLAINT - 15

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

the guards' actions, stating that it's not safe for unarmed civilians to intervene in violent situations. However, King County Executive Dow Constantine disagreed, saying he expected more from Olympic Security Services. Mr. Constantine directed Metro, King County's transit agency, to hire another company to provide protection in the downtown transit tunnel – one that would provide guards who would do more than "observe and report." Securitas took over in March 2011.

31.     On March 24, 2011, the Sound Transit Board approved a $14,000,000 contract amendment with Securitas for unarmed security services (contract not to exceed $28,000,000). *See* **Exhibit 7.**

http://www.soundtransit.org/documents/pdf/about/board/motions/2011/Motion%20M2011-26.pdf. Securitas was to provide these services pursuant to the Contract and Modifications.

32.     The Contract Amendment specified: "All other terms and conditions remain unchanged." A true and accurate copy of the contract is attached hereto as **Exhibit 2.**

33.     Modifications subsequently included increases in billing rates for additional training related to:

  a.     Add to billing rates:

  i.     Fare Enforcement Officer: $24.38/hour
  ii.    SUV patrol vehicle: $2,355.69/month
  iii.   Fare Enforcement Training for Outside Entities: $432 per trainee

COMPLAINT - 16

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

*See* **Exhibit 8**, December 1, 2009 Modification No. 1.

b.    Billing rate adjustments for 2010:

    i.    Account Manager: $6,085.73/month
    ii.    Operations Assistant: $5,130.67/month
    iii.    Supervisor: $28.22/hour
    iv.    Fare Enforcement Officer: $25.36/hour
    v.    Dispatcher: $26.04/hour
    vi.    Security Officer: $24.62/hour

*See* **Exhibit 9**, January 1, 2010 Modification No. 2.

c.    MOAB training. *See* **Exhibit 10**, July 30, 2010 Modification

d.    Billing rate adjustments for 2011:

    i.    Account Manager: $6,328.40/month
    ii.    Operations Assistant: $5,335.20/month
    iii.    Supervisor: $29.34/hour
    iv.    Fare Enforcement Officer: $26.37/hour
    v.    Dispatcher: $27.08/hour
    vi.    Security Officer: $25.60/hour

*See* **Exhibit 11**, January 1, 2011 Modification No. 5.

e.    Baton use and training. Revised rates:

    i.    Supervisors: $29.62/hour
    ii.    Dispatch: $27.36/hour
    iii.    Security Officers: $25.88/hour
    iv.    Fare Enforcement: $26.65/hour

*See* **Exhibit 12**, October 1, 2011 Modification No. 7.

f.    2012 Billing rate adjustments and New Overtime Billing Rates:

COMPLAINT - 17

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

     i.    Account Manager: $6,512.13/month
    ii.    Operations Assistant: $5,491.20/month
   iii.    Supervisor: $30.47/hour; Overtime: $42.24/hour
   iv.    Dispatch: $28.15/hour; Overtime: $39.25/hour
    v.    Security Officer: $26.63/hour; Overtime: $37.10/hour
   vi.    Fare Enforcement Officer: $27.41/hour; Overtime: $38.20/hour

See **Exhibit 13**, February 1, 2012 Modification No. 8.

34.    Additional terms of the Contract include and recognize sources of federal funding and compliance:

**2.36 FALSE OR FRAUDULENT STATEMENTS AND CLAIMS**

A. The Consultant recognizes that the requirements of the Program Fraud Civil Remedies Act of 1986, as amended, 49 U.S.C. §§ 3801 et seq. and U.S. DOT regulations, "Program Fraud Civil Remedies," 49 C.F.R. Part 31, apply to its actions pertaining to this Agreement. Accordingly, by signing this Agreement, the Consultant certifies or affirms the truthfulness and accuracy of any statement it has made, it makes, or it may make pertaining to the covered Grant Agreement, Cooperative agreement, Contract or services. In addition to other penalties that may be applicable, the Consultant acknowledges that if it makes a false, fictitious, or fraudulent claim, statement, submission, or certification, the Federal Government reserves the right to impose the penalties of the Program Fraud Civil Remedies Act of 1986, as amended, on the Consultant, to the extent the Federal Government deems appropriate.

B. The Consultant also acknowledges that it if makes a false, fictitious, or fraudulent Claim, statement, submission, or certification to the Federal Government in connection with an urbanized area formula project financed with Federal assistance authorized by 49 U.S.C. § 5307, the Government reserves the right to impose on the Consultant the penalties of 18 U.S.C. § 1001, 31 USC §§ 3801, et seq., and 49 U.S.C. § 5307(n)(1), to the extent the Federal Government deems appropriate.

C. The Consultant agrees to include the above two clauses in each subcontract financed in whole or in part with Federal assistance provided by FTA. It is further agreed that the

COMPLAINT - 18

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DeLUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

clauses shall not be modified, except to identify the subconsultant who will be subject to the provisions.

**Exhibit 2**, Contract, pages 30-31.

35.     Additionally, the Contract includes any and all FTA terms:

**2.40 INCORPORATION OF FEDERAL TRANSIT ADMINISTRATION (FTA) TERMS**

A. All contractual provisions required by DOT, as set forth in FTA Circular 4220.1 E, (http://www.fta.dot.gov/laws/circulars/legreg4063.html) as amended and the Master Grant Agreement (http://www.fta.dot.gov/documents/13-Master.doc), are hereby incorporated by reference. Anything to the contrary herein notwithstanding, all FTA mandated terms shall be deemed to control in the event of a conflict with other provisions contained in this Agreement. The Consultant shall not perform any act, fail to perform any act, or refuse to comply with any Sound Transit request that would cause Sound Transit to be in violation of the FTA terms and conditions.

B. The FTA Master Agreement obligates Sound Transit to incorporate certain provisions into this Agreement and any lower tier subcontracts at any level and to take appropriate measures to ensure that Consultant and its lower tier subconsultants at any level comply with certain applicable requirements set forth in the Master Agreement. The FTA Master Agreement is hereby incorporated by reference into this Agreement, and Consultant shall comply with all such requirements.

C. Copies of the FTA Master Agreement are available from Sound Transit.

**Exhibit 2**, Contract, page 32.

**C.     Securitas-Sound Transit Key Management**

36.     At the time the Contract was executed, Celia Kupersmith was Deputy CEO of Sound Transit and Ken Cummins was Sound Transit's Chief Security Officer.

COMPLAINT - 19

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

37.     In a meeting in March 3, 2011 to the Sound Transit Citizen's Oversight Panel, Ken Cummins indicated:

> Chief Security Officer Ken Cummins explained that he is responsible for the transit security contract with Securitas as well as construction security, incident response and service interruptions, information sharing and reporting, emergency preparedness and threat assessments as well as federal and state oversight compliance. The Securitas contract provides 95 FTE positions in two units:  security (blue shirts) and fare enforcement (white shirts). The 77 security officers receive 80 hours of training over and above the 40 hours required for state certification; they also receive 16 hours of ongoing training annually.
>
> The officers are deployed to 11 stationary posts on Sounder, Link and STX locations: Everett, Union Station, Beacon Hill, Operation & Maintenance Facility, Tukwila International Boulevard, Tacoma Dome, Kent, Auburn, Federal Way and SeaTac. One officer rides Tacoma Link, 6 fare enforcement officers work in pairs throughout the system, two dispatch officers and one supervisor are located at Union Station, three roving officers and one supervisor in cars are responsible for a northern, central and southern zones. The Securitas staff turnover was just 8% in 2010, compared to 150% to 300% in the industry as a whole. Contract expenditure is 1.6% below what was projected in 2008 for this time period. A rising demand for service has added a net 470 hours per week for fare enforcement and stationary and roving patrols, from 2,979 hours in July 2008 to 3,998 hours in January 2011.

*See* **Exhibit 14.**

**D.**          **Securitas Fines – Failure to Train & Equip Guards Provided to King County Metro**

38.     Shortly after Sound Transit hired Securitas, Securitas was fined $14,000 for three separate citations by the Washington State Department of Labor and Industries for failing to properly train and equip Securitas guards stationed in the downtown transit tunnel for King

COMPLAINT - 20

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

County Metro.  Securitas has a contract with King County in addition to the contract with Sound Transit.  The citations were all classified as "serious" violations by Labor and Industries and were for violations of WAC 296-800-14020, WAC 296-800-14025, and WAC 296-800-16005. True and accurate copies of the violations are attached hereto as **Exhibit 15.**

39.     Labor and Industries affirmed the citation on appeal, and Securitas then appealed to the Board of Industrial Insurance Appeals (BIIA). Under the authority of the BIIA, the parties entered into an agreed order vacating two of the citations and reducing the third violation down to $3,300 from $5,500. **Exhibit 16**.

### E.     Tony Myhre Hired by Securitas to Perform an Audit

40.     On June 13, 2011, Securitas hired Mr. Myhre as a Project Manager:

It is a pleasure to hereby confirm our contingent offer to you as Project Manager for Securitas Security Services, USA ("Securitas USA"), working on the Sound Transit Account for an anticipated duration of 12 months with a tentative start date of June 14, 2011.

*Sees* **Exhibits 17** and **18** (Project Manager Job Description).

41.     Specifically, Mr. Myhre was hired to perform tasks requested by Kenneth Cummins, the Chief Security Officer of the Central Puget Sound Regional Transit Authority. Securitas then commissioned an Audit (the scope of work was defined by Ken Cummins) to determine the current status of the contract security services program being delivered to Sound Transit under contract by Securitas. One of the reasons Securitas hired Mr. Myhre was to audit

COMPLAINT - 21

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

the current training program (to understand the deficiencies in the program and to ensure that the 'best and recommended' industry practices were being adopted).   The audit was also being performed to restructure the training program in order to address gaps in achieving training requirements and to bring the training program into contractual compliance.   While a draft training outline was provided by Mr. Myhre, items 13 through 19 in the scope of work were never completed because he was terminated.   (*See* **Exhibit 22,** pg. 3):

1. Introduction to Sound Transit and Vision of the ST Security Department
2. Liaise with Sound Transit operations (Sounder, Central Link, Tacoma Link, ST Bus); Customer Services; Customer Accessibility; Facilities; and Communications to understand needs and develop a needs assessment.
3. **Audit current training program.**
4. Audit current post orders.
5. Develop Gap Analysis.
6. Research best and recommended practices (ASIS and APTA + other Transit Agencies).
7. Update Gap Analysis.
8. Management Review.
9. Develop Training Program Outline.
10. Develop and Update Post Orders to reflect needs assessment and address gap analysis.
11. Update Training Program Outline based on Post Order Update.
12. Audit Training courses available currently (FTA, NTI, APTA, ASIS, BNSF, Securitas, others) that address needs identified in Training Program Outline.
13. Develop additional training courses as needed.
14. Review training outline and materials.
15. Develop Field Training / Mentoring / Train the Trainer Programs.

COMPLAINT - 22

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

16. Finalize Training Program / Develop certification / testing criteria.

17. Deliver the Training.

18. Audit Training Results.

19. Update Program.

42.      This initial effort was estimated to be 80 weeks of work.

**F.      Audit of Training**

43.      Mr. Myhre began performing his audit in June 2011. Almost immediately, he came to understand that many deployed Securitas security guards and personnel had not been trained in the entire course of contractually required 'pre-assignment training' and/or lacked critical training. He ascertained these shortcomings by reviewing security guard employee files and interviewing management, supervisors, account managers, operations assistants and security guards.

44.      Paragraph 3.5 of the Contract required both preassignment and post assignment training (to be completed at the earliest possible date):

> [T]he Contractor shall not be required to complete all preassignment training prior with the exception of, current First Aid; CPR and AED certification, to the RFP specified date of September 1. 2008. Every effort shall be made by the Contractor to complete all required training at the earliest possible date.

Contractual training mandates were more exhaustive for Security Officers and Supervisors. *See* **Exhibit 2**, Contract, pgs. 51-54. However, the contract required a base level of training for all

COMPLAINT - 23

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

1  guards and personnel assigned to the Sound Transit Account, including the Account Manager

2  and the Operations Assistants.

3       45.    Mr. Myrhe confirmed his understanding of the training requirements, pre and post

4  assignment, on July 11, 2011:

5

6  From: Myhre, Tony
   Sent: Monday, July 11, 2011 17:03 PM

7  To: Cummins, Kenneth
   CC: Draveling, David

8  Subject: Training Programs question

9  Now that I've had a chance to break the training programs quite a bit, I've come
   up with some questions, particularly as it relates to Sound Transits expectations

10  related to training delivery.  This is based on the contract language I was provided
    with by Ken, compared to the training outlines and programs I've reviewed.

11
   Please let me know if it's easier just to have a quick meeting about this.  Thanks.

12
    1.    The 40 hour basic security officer training program is delivered to ALL

13  new hire security officers, irrespective to their final placement.

14
    2.    The 40 hour advanced security officer training program is delivered to

15  ALL new security officers, irrespective to their final placement.

16
    3.    The Fare Enforcement Officer training program is separate from the Basic

17  and Advanced training programs?

18
    4.    The Dispatch Training program is separate from the Basic and Advanced

19  programs, and is delivered only to Flex and Dispatch Officers, in addition to the
    Basic and Advanced training programs?

20

21  COMPLAINT - 24

*SEATTLE WHISTLEBLOWER ATTORNEYS*

22                    FERRING & DeLUE, LLP                    WALTERS LAW FIRM PLLC
                      600 Stewart Street, Suite 1115          800 Bellevue Way, NE, Suite 400
23                    Seattle, WA 98101                       Bellevue, WA 98004
                      206.508.3804                            425.688.7620

24

25

1   Ken Cummins responded to Mr. Myhre's email that same day:

2       From: Cummins, Kenneth
        Sent: Monday, July 11, 2011 8:27 PM
3       To: Myhre, Tony
        Subject: Re: Training Programs question
4

5       Let's talk more in detail Tuesday afternoon, but the answer to your questions are
        yes.
6
    *See* **Exhibit 19**.
7

8       46.     Mr. Myhre documented the preliminary concerns of his investigation to the

9   Securitas Branch Manager M'Liss Bernhard and asked for clarification regarding the scope of

10  the training required:

11      From: Myhre, Tony [mailto:tony.myhre@soundtransit.org]
        Sent: Wednesday, July 13, 2011 4:32 PM
12      To: Mliss.Bernhard@securitasinc.com
        Subject: Actionable items
13

14          M'Liss;

15      The attached data was compiled and is being transmitted to you at Ken's request,
        after some issues related to new hire training came to light subsequent to the new
16      Fare Enforcement Officer that was just hired on to the account was placed in the
        field within 1-2 days of his hire. Ken, Dave Draveling, Matt Camillone, Branden
17      Porter and Ed Frederick were involved in a dialogue that eventually led to Ken
        indicating that this Officer should not be placed in to the field until his full course
18      of contractually mandated training is complete. Last week, a separate line of
        questioning from me was initiated with Securitas Operations, as I observed this
19      Officer in the field on his second day and asked him what training he had

20

21  COMPLAINT - 25

*SEATTLE WHISTLEBLOWER ATTORNEYS*

22  FERRING & DELUE, LLP                WALTERS LAW FIRM PLLC
    600 Stewart Street, Suite 1115      800 Bellevue Way, NE, Suite 400
23  Seattle, WA 98101                   Bellevue, WA 98004
    206.508.3804                        425.688.7620

24

25

completed, and I was aware he was only in day two of his training, including orientation.

In order to compare my understanding of the contractually mandatory training programs with the existing training modules for each individual unit (blue shirt, FEO's and dispatch), I then sent an email to Dave and Ken (without getting specific as to the reasoning for the line of questioning), asking to clarify Sound Transit's expectations specific to each of the job classifications, as it relates to the contract training outline that Ken provided me with. This input was then compared with the existing training programs, available trainer hours and operation, as to the deliverable mandatory pre-assignment training levels, which are included in the Trainer Utilization spreadsheet. The client's expectation is that the basic 40 hour training program, the advanced 40 hour training program, and all job specific training programs be delivered to the security officer on a pre-assignment basis, as is outlined specifically in the contract with Securitas, per Ken Cummins.

The outcome of these events culminated in a meeting with Ken and Dave, wherein I was directed to compile a list of actionable items of significance based upon these findings (to date) for Ken's information and review. He directed me to provide him with the list first for his review and discussion, which was late yesterday afternoon. I compiled the information he requested (as much of this was in preliminary states of compilation anyway) and submitted it to him just prior to the close of business yesterday in the late afternoon. Ken reviewed the materials this morning before several back to back meetings, and he then pulled me in to his office and directed me to submit this to you for your review (without providing me with much feedback).

Attached are several actionable items I have identified that can / should be addressed immediately (or at least the processes initiated). I have limited the scope of this document to issues of significance that have a liability, risk management or major contract compliance implication. The remaining items are cataloged and will be presented in the written needs / gap analysis documents,

COMPLAINT - 26

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

going forward. I can source each of these findings based up on my written notes, either in outline form or in specific, dated audit documents reflecting feedback on specific training programs I have attended.

Many of these 'action items' will impact the ability to effectively deliver new / augmented training programs that are identified and included in the change process for the training piece of this scope of work. It would seem prudent that I am integrated in to the change process to insure that whatever items are identified for final inclusion in a change process initiation plan are implemented within the scope of that plan / recommendations. Please let me know if you'd like to discuss these items in person or otherwise, outside of email. TRM

Tony R. Myhre  | Project Manager
Sound Transit / Securitas Security Services USA, Inc.
401 S Jackson Street | Seattle, WA 98104
(206) 398-5346 office
tony.myhre@soundtransit.org
"No One of Us is as Good as All of Us"

See **Exhibit 20**.

47.    M'Liss Bernhard initially responded on July 14, 2011, by stating that she would get back in touch with Mr. Myhre.

48.    Securitas Training Manager, Matt Camillone and Josiah Durham, Securitas Training Officer, both confirmed in private conversations with Mr. Myhre contemporaneous to these events that they had heard from Ms. Bernhard and "she was pissed" about Mr. Myhre's audit.

COMPLAINT - 27

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

49.     Subsequently, on or about July 18, 2011, M'Liss Bernhard called Mr. Myhre to a meeting at her Bellevue office. M'Liss Bernhard told Mr. Myhre at this meeting that there were no training inadequacies. M'Liss Bernhard stated that the guards had been trained in the field, but that the training records 'could not be located'.

50.     Mr. Myhre also discussed the inadequate training his audit uncovered with Securitas Training Manager, Matt Camilllone, and Josiah Durham, Securitas Training Officer. Both agreed that the Securitas training outlines at that time were failing to comply with the contractual training mandates. They also both confirmed that their concerns had been raised with M'Liss Bernhard and that they had asked her to provide additional resources to train guards and personnel. M'Liss Bernhard responded to both that "we have enough resources devoted to training" the security guards and personnel.

51.     Mr. Myhre continued his analysis and audit of the level of training of Securitas personnel on the Sound Transit project.

52.     Mr. Myhre provided a first draft of the audit results to Kenneth Cummins in the first week of October, 2011. Mr. Cummins instructed Mr. Myhre to provide an advanced copy, and the only copy, to him, and Mr. Cummins instructed Mr. Myhre to not inform Securitas that he was giving Mr. Cummins an advanced copy. Mr. Cummins stated to Mr. Myhre that he wanted to review it and discuss it before it was submitted to Securitas. Mr. Myhre did as instructed and did not retain a copy.

COMPLAINT - 28

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DeLUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

53.     After Mr. Cummins' review of the first draft of the audit, he asked Mr. Myhre to sanitize several points of information related to M'Liss Bernhard and Mr. Myhre's assessments of her activities, levels of competency (lack of military or security background), and information about billing and equipment issues that directly related to her, which included information that showed Securitas billing for services not provided: i.e. billing for untrained guards and personnel. Mr. Cummins retained a hard copy of this first draft.

54.     Mr. Myhre provided Securitas (M'Liss Bernhard) the second draft of the audit report in hard copy form on or about the third week of November 2011, sanitized to the specifications of Mr. Cummins and reflecting some more accurate formulas for determining trainer utilization versus training hours requirements based on turnover analysis. This version is attached as **Exhibit 21** dated October 17, 2011.

55.     The second draft of the audit report was further sanitized, this time by Securitas, who asked Mr. Myhre to remove specific information in the report about Securitas taking retaliatory action against another manager, Matthew Camillone, who provided Mr. Myhre with information pertaining to the massive failure to complete the contractually mandated training.

56.     A third and final sanitized audit report was submitted to Mr. Cummins and Securitas on December 5, 2011. *See* **Exhibit 22**.   The final sanitized audit report stated that there was lack of training as follows:

- Improvised Explosive Devices – 2 hours of training not being performed;

COMPLAINT - 29

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

- Right of Way Certification – 3 hours of training that a scheduling conflict is preventing from being performed;

- Sound Transit Orientation and Policies – 2 hours of training not being performed;

- Railroad Safety: 49 CFR 239 training – 2 hours of training performed via only PowerPoint review, no personal instruction, before test is given;

- Railroad Safety: BNSF safety course – 2 hours of training performed via only PowerPoint review, no personal instruction, before test is given;

- Railroad Safety: fire extinguisher course – 1 hour of training not being performed;

- Defensive Driving Couse – 8 hours of training not being performed (Drive for Life is less than 1 hour of training and is covered in orientation);

- Traffic Control and Parking Lot Security – 4 hours of training being covered exclusively in ACT as part of the basic program; there is no separate curriculum in the Advanced Program;

- Sound Transit Security Incident Reporting – 2 hours of training. System is not in use yet; otherwise this is being covered exclusively in ACT or Dispatch/FEO specific training courses;

- NIMS/ICS Course - 2 hours of training being performed via only PowerPoint review, no personal instruction, before self-administered NIMS 800 test is taken;

- DHS/JTATT Terrorism Awareness – 8 hours of training not being performed;

- Cultural Diversity – 4 hours of training has not been performed in over two years;

- Observation Skills/Surveillance Detection – 4 hours of training; program has not yet been established;

- Survival Skills – program has not yet been established;

COMPLAINT - 30

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

- Tactical Communications – 8 hours of training; program has not yet been established;

- Practical Exercises – 8 hours of training; program has not yet been established;

- Additional/Continuing Education Hours – 16 hours per annum required; there is currently no outlined/proscribed curriculum;

- Sound Transit ADA training – not currently performed due to scheduling conflicts.

57.     Mr. Myhre was ultimately fired for preparing this audit report with its recommendations to bring Securitas into compliance, and for resisting requests to sanitize the audit report further. The retaliatory conduct is explained below in Section H of this Complaint.

**G.      Relationship between Mr. Cummins and Securitas**

58.     Mr. Cummins told Mr. Myhre that Securitas offered him a position as a President of a New Security Branch within Securitas around the time Securitas was awarded the $14,000,000 contract modification in April, 2011. Mr. Cummins further stated that the terms of the offer included a salary in excess of $150,000 and a position anywhere in the United States that Mr. Cummins would like to live and work. Brandon Porter, who at the time was a Fare Enforcement Manager for Securitas and was later promoted to Branch Manager, reported this same information to Mr. Myhre.

COMPLAINT - 31

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

59.     Other persons with knowledge of Mr. Cummins job offer include: Matt Camillone, Rick Sawyer (former Area Vice President), Kimberly Mack and M'Liss Bernhard of Securitas, and Kelly Stone, Regional President for Securitas.

**H.     Fallout between Relator and Securitas: Tony Myhre is Blacklisted after Talking to Securitas about the Training Issues**

60.     A memo was written in July 2011 by Securitas employee Barbara Moore, instructing Securitas Officers to stop talking to Mr. Myhre. The existence of the original memo was related to Mr. Myhre by Securitas Officers Caleb Verduin and Chris Hansen in early 2012. Tony Myhre raised this issue with Human Resources at Securitas:

> From: Tony.Myhre@securitasinc.com [mailto:Tony.Myhre@securitasinc.com]
> Sent: Thursday, March 08, 2012 3:07 PM
> To: Kimberly.Mack@securitasinc.com
> Subject: FW: Requested Statement - CONFIDENTIAL
> Importance: High
> Sensitivity: Confidential
>
> Kim;
>
> As background as to why I am emailing you, please see the below statement, provided to Ed Frederick via email at his request following an in person conversation that I had with him, wherein I outlined the subject matter detailed herein.
>
> The concern with the conversation that Mr. Carter had with Officer's Verduin and Gill extends to a question as to whether Mr. Carter was issuing this advice / order based upon his own fruition & initiative, or if Mr. Carter was ordered to do so by his supervisor, Barbara Moore.

COMPLAINT - 32

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DeLUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

As of this morning, Ed Frederick was engaged in a process of looking at the Sound Transit Nextel telephone bill, calling numbers and asking people who they were. This was related to me both by personnel who overheard the conversations, and also by people who Mr. Frederick called. As this is the first time in the 9 months I have been contracted here that such as an exercise has been undertaken (that I am aware of), one can only logically draw a correlation between my report to Ed and the sudden interest in who I am calling or receiving calls from on the Sound Transit client telephone issued to me. Obviously this is speculation on my part and may or may not be related.

Furthermore, Barbara Moore initiated a telephone call to Officer Verduin this morning, wherein she asked him what had happened with Supervisor Carter, but also asking Officer Verduin why it was that he was even talking to me in the first place, as I was only 'here to rewrite the post orders'. Barbara then ordered Officer Verduin to produce a written statement to her via email about what I had done, said and asked, and to spell out what Mr. Carter had told him as well.

Officer Verduin followed that up with a phone call to me, asking what was going on, and expressing concerns over potential retaliation from Ed and Barbara for his having reported the conversation / order from Mr. Carter to me. It is of note that during my time with Officer Verduin on Friday, 3/2/12; that I did not engage in a Q&A with the Officer about the account or its leadership, rather I was focused on this phase of my scope of work, which relates to the new post orders for the account. I believe that any subsequent statements from Officer Verduin will support that assertion.

The concerns that I have with all of this are as follows:

1. As I related to Ed Frederick that there was a concern about this order given by Mr. Carter possibly having come from Barbara Moore, as this is conceivably her position on the subject matter given her verbal statements to Officer Verduin, than why would Ed involve Barbara in conducting an investigation / review about this report?

2. Why the sudden interest in the phone records, immediately preceding a report of this nature?  This lends itself to a thought process that Ed himself may harbor

COMPLAINT - 33

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

resentment or reservations about Security Officers talking to me (which begs the question of whether this order actually may have come from or been implied by him), which is part of my express written mandate, to field information from the staff on the account so as to engage in this improvement and change process. Negating the ability of the Officers to talk with me and produce ideas and information is directly contradictory to the nature of my scope of work and prohibitive of the client's directives and goals as it relates to my assignment here.

3. It is interesting that during a conversation with a security officer about a report that a supervisor was ordering officers not to talk with me and be involved in this process, that Barbara would make the statements that she did essentially reinforcing her desire that Officers not speak to me and comply with this client driven process contained within my scope of work, along with subsequent verbal and written orders from the client.

4. Specific to Officer Chris Hanson, on 2/28/12, I witnessed an interaction between him and Ed Frederick wherein Ed was noticeably upset, slamming his hand on a door (also observed by the dispatchers on duty, as it was the door to the SOC that he slammed his hand against) and speaking rather tersely towards the Officer. Officer Hanson indicated to me that he and Ed spoke again (possibly on 2/29/12), and that Ed apologized to him, but that at the same time, Ed said that 'Tony is a pain in my ass and he's making things very difficult for me', apparently explaining his level of frustration, but at the same time, sending a message to this security officer that his having supported the client driven scope of work, by request - due to his in depth knowledge of job sites and the physical layout of posts along the Central Link alignment, that he was somehow making Ed's job more difficult, and reinforcing the statements that Officer Hanson indicates that he has seen in writing with regards to a prohibition on Officers talking with me in the performance of my duties, as outlined in the written accounting below.

5. I am deeply concerned by these behaviors, and what I perceive to be a furtherance of the hostile work environment issues I have reported previously, caused and exacerbated by the actions and statements of Ed Frederick, Barbara Moore and De'Angelo Carter. I am concerned for the integrity of my employment / scope of work, as I fear retaliation from them, by them or through them, as it relates both to my ability to perform my job duties effectively because of these

COMPLAINT - 34

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

alleged statements made to Security Officers, but also in the sense that I fear for my job.

6. To another degree, because of the behaviors I have seen Ed Frederick display over time, I also fear for my personal safety as well. I am deeply concerned by the actions and behaviors of Ed Frederick, as on more than one occasion when I have spoken with him in person, he has clenched his fists and tightened his jaw and his face got very red, all of which I have been trained to perceive as pre-attack / assaultive indicators, which is backed up by over 20 years of experience in physical security and Federal law enforcement / security services, collectively. The simple fact that these were the behaviors that I again witnessed on 3/2/12, lead me to believe that despite a period of time where these behaviors seemed to diminish, that the underlying issues remain, which leads me to believe based upon my training and experience with hostile work environment and workplace violence situations, that there is a significant likelihood that Ed Frederick will again assault a member of this or the clients staff, and potentially me.

I am available at your discretion to provide any necessary clarification or information. Thank you for your time and consideration in review of this email. TRM

Tony R. Myhre | Project Manager
Sound Transit / Securitas Security Services USA, Inc.
401 S Jackson Street | Seattle, WA 98104

…

*See* **Exhibit 23**.

61.     Securitas' Human Resources employee Ms. Mack responded by telling Mr. Myhre that he was too sensitive.

62.     Mr. Myhre also raised this issue with Dave Draveling and Kenneth Cummins of Sound Transit in face to face meetings.  Mr. Myhre also emailed Ed Frederick, the Sound Transit

COMPLAINT - 35

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

Account Manager for Securitas, who responded that he would "be in touch." No follow up occurred. *See* **Exhibit 24**.

63.     In early April, 2012, M'Liss Bernhard, Branch Manager for Securitas and Nicole Krantz, Regional Vice President of Human Resources met with Tony. They told him they had run out of money to pay Tony: "There is a budget shortfall."

64.     On April 18, 2012, Marcia Walker, Sound Transit Executive Assistant to the Board of Directors met Mr. Myhre by happenstance. They discussed his audit report. Ms. Walker was surprised both that an audit had been performed and that she had not been given a copy of the audit. Ms. Walker inquired into obtaining a copy of Mr. Myhre's audit report. Ms. Walker requested a meeting between Mr. Myhre, Kenneth Cummins, and herself to review the audit findings, as she indicated that it was critical for review by the Sound Transit Board of Directors.

65.     Mr. Myhre asked Ken Cummins if they could provide a copy of his audit report to Ms. Walker. Mr. Cummins said "Hell no, we are not giving her the report." Brandon Porter, Securitas Fare Enforcement Manager (now Branch Manager), was also present at this meeting.

66.     On April 19, 2011, M'Liss Bernard asked Mr. Myhre to report to the Bellevue Securitas office the following morning, and to deliver the Sound Transit contract, the hard drive from his Securitas computer, and any other related materials in his possession.

COMPLAINT - 36

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

67.     On April 20, 2012, Securitas terminated Mr. Myhre:

Dear Tony:

It is with regret that I must inform you that your position as a Project Manager for the Sound Transit account is being eliminated and your employment is being separated. Your position will not be replaced. Sound Transit notified Securitas USA that the decision was made for budgetary and cost cutting measures.

....

*See* **Exhibit 25**.

68.     Mr. Myhre does not know if Ms. Walker or the Sound Transit Board ever saw his audit report.

**I.      False and Fraudulent Billing**

69.     Under the Contract, Securitas was permitted to bill monthly only for services authorized and actually provided. However, Securitas was billing for untrained and undertrained security guards, advanced security guards, supervisors and other personnel in violation of the required deliverables.

70.     Examples of Securitas billings are attached hereto. *See* **Exhibit 26**.

**J.      March 2013: New Security Contractor Proposals**

71.     In March 2013, Sound Transit put out a RFP for a new security vendor, under Solicitation RP 0015-13 – Description.  *See* **Exhibit 27**.  Mr. Cummins has indicated it is his strong preference to retain Securitas.  Dave Draveling and Brandon Porter, along with Mr.

COMPLAINT - 37

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

Myhre, have heard his preference to retain Securitas even after the audit reports demonstrated inadequate training of guards and personnel.

## V.      CAUSES OF ACTION

### Count I: The Federal False Claims Act

72.     Paragraphs 1 through 71 are re-alleged as though fully set forth herein.

73.     The False Claims Act, as amended by the Fraud Enforcement and Recovery Act of 2009 (FERA), Pub. L. 111-21, § 4(f), 123 Stat. 1617, 1625 (2009), provides that a person is liable to the United States government for three times the amount of damages the government sustains because of the act of that person, plus a civil penalty, for each instance in which the person "knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval."   31 U.S.C. § 3729(a)(1)(A) (2009). Prior to the FERA amendments, the FCA provided that a person is liable to the United States government for each instance in which the person "knowingly presents, or causes to be presented, to an officer or employee of the United States Government...[a] false or fraudulent claim for payment or approval."   31 U.S.C. § 3729(a)(1) (2006).

74.     The FCA defines the term "claim" to mean "any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property, that (i) is presented to an officer, employee, or agent of the United

COMPLAINT - 38

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

States; or (ii) is made to a contractor, grantee, or other recipient, if the money or property is to be drawn down or used on the Government's behalf or to advance a Government program or interest, and if the United States Government (i) provides or has provided any portion of the money or property requested or demanded; or (ii) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded..." 31 U.S.C. § 3729(b)(2)(A) (2009).

75.    As amended by FERA, the FCA also makes a person liable to the United States government for three times the amount of damages which the government sustains because of the act of that person, plus a civil penalty, for each instance in which the person "knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim." 31 U.S.C. § 3729(a)(1)(B) (2009). The FCA, prior to the FERA amendments, provided that a person is liable to the United States government for each instance in which the person "knowingly makes, uses, or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government." 31 U.S.C. § 3729(a)(2) (2006).

76.    The FCA defines the terms "knowing" and "knowingly" to mean that a person, with respect to information: (1) "has actual knowledge of the information"; (2) "acts in deliberate ignorance of the truth or falsity of the information"; or (3) "acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A) (2009). The FCA further provides that

COMPLAINT - 39

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

"no proof of specific intent to defraud" is required. 31 U.S.C. § 3729(b) (2006); 31 U.S.C. § 3729(b)(1)(B) (2009).

77.    Mr. Myrhe, on behalf of the United States, alleges that Securitas violated the FCA by "knowingly" submitting and/or causing the submission of false claims for payment to the government for untrained and undertrained guards and personnel when Securitas was contractually required to provide fully trained guards and personnel. These claims for payment were false because Securitas submitted claims for payment on a monthly basis for personnel hours with a labor rate that included training.  Yet, Securitas knowingly submitted false claims for payment under the Sound Transit-Securitas contract because it had failed to train the personnel with both pre and post assignment training.  Thus, Securitas billed a rate for trained personnel and security guards and knowingly provided untrained and undertrained personnel and security guards.

78.    Securitas also knowingly presented, or caused to be presented, to an officer or employee of the United States government, false or fraudulent claims for payment or approval on a monthly basis, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1) (2009), formerly 31 U.S.C. § 3729(a)(1) (2006), specifically, for fraud involving nonconforming services because the government contractor falsified documentation that all materials meet the contract specifications.

COMPLAINT - 40

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

79.     Because of Securitas' acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the False Claims Act, plus civil penalties of not less than $5,500 and up to $11,000 for each monthly violation.

80.     As of December 12, 2008, Federal Acquisition Regulation ("FAR") amendments require a government contractor to self-disclose its own or its employees' violations of criminal conduct, relating to fraud, conflict of interest, bribery or gratuities, or the FCA. The offenses must have occurred "in connection with the award, performance, or closeout" of the contract or subcontract. False statements are the most commonly charged offense in procurement fraud cases, and are used to penalize common forms of fraudulent procurement activity.

81.     The FAR requires a contractor to timely disclose when it has credible evidence to believe a triggering violation has occurred. The disclosure typically should occur before a complete and thorough investigation is completed. Disclosure should be made within thirty days in order to take advantage of the provision in the FCA that rewards timely self-disclosures with a limit of *double* rather than treble damages.

82.     The disclosure should specifically state that it is being made in accordance with the mandatory disclosure provisions of the FAR Section 52.203-13, and that the contractor has credible evidence that an offense has occurred subject to the mandatory disclosure provisions. This includes when a contractor learns that the government has overpaid on a contract.   The

COMPLAINT - 41

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

disclosure should identify the offense, provide general, preliminary factual information, and a description of the damages. Securitas has violated the disclosure requirements and these violations are evidence of fraud under the FCA.

## Count II: False Statements

(31 U.S.C. § 3729(a)(1)(B) (2009), formerly 31 U.S.C. § 3729(a)(2) (2006))

83.     Paragraphs 1 through 71 are re-alleged as though fully set forth herein.

84.     Securitas knowingly made, used, or caused to be made or used, a false record or statement material to a false or fraudulent claim, to get the United States to pay or approve false or fraudulent claim, and/or get the United States to pay or approve false or fraudulent claims, in violation of the False Claims Act, 31 U.S.C. § 3729(a)(1)(B) (2009), formerly 31 U.S.C. 3729(a)(2) (2006).

85.     Because of the Defendant's acts, the United States sustained damages in an amount to be determined at trial and, therefore, is entitled to treble damages under the False Claims Act, plus civil penalties of not less than $5,500 and up to $11,000 for each monthly violation.


## Count III: Wrongful Termination under 31 U.S.C. § 3730(h)


COMPLAINT - 42

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

86.     Paragraphs 1 through 71 are re-alleged as though fully set forth herein.   Mr. Myhre was an employee of Securitas Security Services USA, Inc.

87.     In his audit report, Mr. Myhre repeatedly made recommendations to bring Securitas into compliance with the mandated contract training requirements:

> Section 3.5 F of the contract between Securitas and Sound Transit outlines the training requirements for Security Officers, Dispatchers and Fare Enforcement Officers (see also amendments to the contract). The Training unit was tasked by the Branch Manager with breaking down the training requirements in to modules, which reflected the mandatory training required by the client for each divisions Officers. The audit of these courses and the status of the deliverables were outlined in previous sections, beginning on page 13 of this document. **This section will focus on recommendations related to the effectiveness of the current programs, based upon the experience of the Project Manager as a State Certified & Licensed Private Security Guard Trainer, combined with over 19 years of formalized training experience in the protective services industry, and a combination of best and recommended practices reviews initiated to assess alternative program availability.**

> Due to the disconnects between this clients expectations of its contracted Security Officers, and the orientation training that Officers go through being inconsistent in the delivery of critical information related to the use of force and other items outlined previously in this document, **it is recommended that the Branch Training and Development Manager (at the very least) be integrated in to the delivery of the accounts training objectives, provided with an orientation session with the client, and exposed to the accounts duty performance through a 'job shadow' scheduled at locations such as Fare Enforcement, TIBS, FWTC and the Kent Station. This would suffice to allow for the person in this position to better understand the duties and expectations of Security Officers assigned to this client location, and for the training of those personnel to be performed in such a way so as to fall in line with the clients expectations.**

COMPLAINT - 43

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

As a result of the compliance issues related to the administration of contractually mandated training, **it is recommended that a detailed audit of the training function is performed on at least a quarterly basis, so as to insure that contractual training requirements are being met. This is not withstanding the previously outlined need for additional training staff dedicated to the Sound Transit account, in order to facilitate compliance by insuring that a sufficient number of training hours are available to satisfy the contractual obligations.**

**With respect to the training program employed, and in order to insure contractual obligations are met, another means by which this goal can be accomplished is through the utilization of persons trained and certified as Field Training Officers (or FTO's).** While an FTO program exists in the Fare Enforcement division, these Officers are not specifically trained in supervisory techniques, or given any additional training in the skill set or specialization of being a trainer. What is relied upon is the individual's previous training and experience, which does not create inherent risk reduction in to the training program.

**The recommendation is to assess begin the development of a documented program of assessing personnel within each division (outside of Fare Enforcement, where this has already been done) who would be a good fit for the positions of FTO. Once developed, place those individuals in a program to certify them as entry level supervisors and State certified trainers (including any necessary specialty certifications), so as to reduce the risk exposures associated with those persons performing contractually mandated training for the accounts personnel. Once the FTO's have been trained, they could then take an appropriate measure of the training burden off of the training division, by performing in service, post assignment in the field, including the periods where the employee has completed period assignment training, and is just being assigned a new post. This window is outlined in the contract as being 32 hours.**

**FTO's could then also be tasked with performing any non-specialized / non-certified training in the post assignment period, again, alleviating the burden from the training division, so that the training divisions focus can**

COMPLAINT - 44

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DeLUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

**remain on pre-assignment training and annual refresher training for existing personnel.** An example of an FTO program is attached for review and consideration, as is the Sound Transit SOP for the creation and administration of an FTO program within the Fare Enforcement Division. This SOP stops short of outlining an accreditation or training program to "certify" the FTO to perform his/her duties, which is the focus of this recommendation, in addition to the expansion of this framework, subsequent to the certification process, throughout the other divisions on the account.

**Further to the risk management portion of this recommendation, the accounts training personnel should become State certified trainers.** While the State dictates no specific curriculum mandates, the subject matter covered in the pre-assignment training program does meet the standards of the ASIS Private Security Officer Training and Selection Guidelines, which has been widely accepted throughout the industry as a standard for training and selection programs, and in fact is the model upon which the contract with Sound Transit for security services and the associated selection and training service levels were based. It is of note that Securitas management was involved in the drafting and creation of these guidelines (see this document for additional information). In section 11.3 of this document, the guideline indicates that "All entities or persons providing security officer training should also be certified by a regulatory body."

Having this certification, which is a low cost, written tested program administered by the Department of Licensing, brings credibility and risk reduction to the training program by making the hours delivered by these persons compliant the guidelines upon which the training program for this contract was based, and with the State's continuing education requirements, which while the Sound Transit program is obviously richer than the State's pre and post assignment training requirements, will help to minimize liability by insuring that all persons delivering training to the accounts personnel in the pre-assignment phase are accredited by the State of Washington and fall within the full scope of the guidelines outlined in the ASIS piece.

**As has been shown through the results of this review, there are significant gaps in the delivered training that is called for in the client contract, and**

COMPLAINT - 45

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

**conversely, there are also courses called for in the contract which have not yet had a curriculum developed and implemented. It is the recommendation of the Project Manager that a committee be stood up to formulate processes by which to insure the timely and complete administration of the accounts training program, and to insure that the curriculum gaps are filled with accredited programs, prior to a date determined by the Chief Security Officer of the agency.**

**Exhibit 22**, pgs. 42-43. (Bold emphasis added).

88.    The United States Congress added a whistleblower protection provision to the False Claims Act in 1986, and amended that provision in 2009 to provide additional protection to whistleblowers.  This provision now states:

(h) Relief from retaliatory actions.

(1) In general. Any employee, contractor, or agent shall be entitled to all relief necessary to make that employee, contractor, or agent whole, if that employee, contractor, or agent is **discharged**, demoted, suspended, threatened, harassed, or in any other manner discriminated against in the terms and conditions of employment **because of lawful acts done by the employee**, contractor, agent or associated others **in furtherance of an action under this section or other efforts to stop 1 or more violations of this subchapter.**

(2) Relief. Relief under paragraph (1) shall include reinstatement with the same seniority status that employee, contractor, or agent would have had but for the discrimination, **2 times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including litigation costs and reasonable attorneys' fees.** An action under this subsection may be brought in the appropriate district court of the United States for the relief provided in this subsection.

31 U.S.C. § 3730(h). (Bold emphasis added).

COMPLAINT - 46

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

89.     Securitas committed acts of harassment and discrimination against Mr. Myhre in the terms and conditions of employment and terminated Mr. Myhre because he attempted to stop Securitas from violating the False Claims Act through his recommendations above.  Therefore, Securitas is liable to Mr. Myhre for damages in an amount to be proven at trial, which damages include two times the amount of back pay, interest on the back pay, and compensation for any special damages sustained as a result of the discrimination, including litigation costs and reasonable attorneys' fees.  31 U.S.C. § 3730(h)(2).

90.     Mr. Myhre's termination contravened a clear mandate of public policy: Securitas unlawfully terminated Mr. Myhre for his efforts to bring the fraud to light, his refusal to participate in Securitas' illegal conduct, and his attempt to perform his public duty.

91.     Securitas' conduct contravened the letter and purpose of a statutory and regulatory provision or scheme, *i.e.,* the False Claims Act, 31 U.S.C. § 3729, *et seq.*

92.     Discouraging the conduct in which Mr. Myhre engaged would jeopardize this public policy.

93.     Mr. Myhre was dismissed due to his public-policy-linked conduct.

94.     Defendant cannot offer an overriding justification for the dismissal.

95.     Mr. Myhre experienced emotional distress due to his dismissal.

COMPLAINT - 47

*SEATTLE WHISTLEBLOWER ATTORNEYS*

FERRING & DELUE, LLP
600 Stewart Street, Suite 1115
Seattle, WA 98101
206.508.3804

WALTERS LAW FIRM PLLC
800 Bellevue Way, NE, Suite 400
Bellevue, WA 98004
425.688.7620

96.     Mr. Myhre has suffered damages in an amount to be proven at trial.

## VI.     PRAYER FOR RELIEF

WHEREFORE Plaintiff United States of America, through Relator Tony Myhre, demands judgment against Defendant Securitas Security Services USA, Inc. as follows:

A.     Under the First Cause of Action (False Claims Act), for treble damages as established at trial, plus a penalty of $5,500 to $11,000 for each false claim established at trial.

B.     For damages, including double damages, back pay, front pay, and emotional harm under Claim III.

C.     Such other and further relief as the Court may deem just and proper, together with interest and costs.

D.     For fees and costs pursuant to the False Claims Act.

DATED this 29th day of March, 2013.

FERRING & DELUE LLP                    WALTERS LAW FIRM PLLC

_____        _____
Daniel D. DeLue, WSBA 29357            Mark D. Walters, WSBA 25537
Attorneys for Qui Tam Relator          Attorneys for Qui Tam Relator

COMPLAINT - 48

SEATTLE WHISTLEBLOWER ATTORNEYS

FERRING & DELUE, LLP                    WALTERS LAW FIRM PLLC
600 Stewart Street, Suite 1115         800 Bellevue Way, NE, Suite 400
Seattle, WA 98101                      Bellevue, WA 98004
206.508.3804                           425.688.7620